# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　PLAINTIFF<br>　　　　v.<br>Alex Quinonez-Xum<br><br>　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-06578-DUTY; 2:25-mj-06626-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　Upon motion of _defense_____, IT IS ORDERED that a detention hearing is set for _October 28_____, 2025_____, at _10:00_____ ☒ a.m. / ☐ p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _750_____.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　(Other custodial officer)

Dated: _10/24/25_____

　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge
　　　　　　　　　　　　　　　　　　　Margo A. Rocconi

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1